# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

DAVID GLENN FOWLER,            )
                               )
    Petitioner,            )
                               )
v.                             )   Case No. CV412-030
                               )
AL ST. LAWRENCE,               )
                               )
    Respondent.            )

## REPORT AND RECOMMENDATION

On February 2, 2011, the Court ordered 28 U.S.C. § 2241 petitioner David Glenn Fowler to submit an amended § 2241 petition showing that he had exhausted his available state remedies.[1] (Doc. 4.) The record reflects that he has not exhausted his state remedies. (Docs. 5 & 6.) He now requests a continuance so that he may do so. (Doc. 6.) Fowler's motion for a continuance should be denied and this case should be dismissed without prejudice so that he may exhaust his state remedies. Once he has done so, he may submit a new § 2241 petition.

**SO REPORTED AND RECOMMENDED** this 7th day of March, 2012.

_[signature]_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Fowler's motion to proceed in forma pauperis is granted.