IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID GLENN FOWLER, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. CV412-30 |
| AL ST. LAWRENCE, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 11).[1] After a careful de novo review of the record in this case, the Court finds that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's § 2241 petition is **DISMISSED**. Petitioner's Motion to Continue (Doc. 6) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Petitioner has submitted the requisite paperwork, Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**.