FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR -9 AM 11:33

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID GLENN FOWLER,　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　 )　　CASE NO. CV412-30
　　　　　　　　　　　　　　　　 )
AL ST. LAWRENCE,　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　Respondent.　　　　　　　　)
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 11).[1] After a careful de novo review of the record in this case, the Court finds that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's § 2241 petition is **DISMISSED**. Petitioner's Motion to Continue (Doc. 6) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of April 2012.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Petitioner has submitted the requisite paperwork, Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**.